# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NADIA WALKER, *et al.*,

        Plaintiffs,

vs.

VENETIAN CASINO RESORT, LLC

        Defendant.

Case No. 2:10-cv-00195-LRH-RJJ

**ORDER**

    Before this court is the parties' Stipulation to Continue Early Neutral Evaluation (Dkt. #33) dated September 21, 2010. The court conducted an Early Neutral Evaluation ("ENE") session on June 23, 2010 and was able to assist the parties to settle the claims of Plaintiffs Grant and Perry. A second ENE was scheduled for October 8, 2010 for follow up discussions with respect to Plaintiff Walker. The claims of Plaintiffs Grant and Perry have been settled and their claims have been dismissed.

    On September 17, 2010 counsel for Walker and counsel for the Defendant stipulated to continue Walker's second ENE session until January, 2011. However, the presiding magistrate judge, the Honorable Robert J. Johnston, denied the stipulation. Accordingly,

    **IT IS ORDERED** the continued Early Neutral Evaluation scheduled for October 8, 2010 at 9:30 a.m. is **VACATED**.

    Dated this 4th day of October, 2010.

                                              Peggy A. Leen
                                              United States Magistrate Judge