1 JAMES E. SMYTH II
Nevada Bar No. 6506
2 LISA J. ZASTROW
Nevada Bar No. 9727
3 KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
4 8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
5 Telephone:  (702) 792-7000
Fax:          (702) 796-7181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nadia Walker, an individual; Connie Perry, an individual; and Lesa Grant, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>Venetian Casino Resort, LLC, a Domestic Limited-Liability Company; Does and Roes 1-100, inclusive,<br><br>Defendants | Case No.  2:10-cv-00195-LRH-RJJ<br><br>**ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is hereby

ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it is further

/././././

/././././

/././././

/././././

1    ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.

2    DATED this 21st day of Dec. , 2010

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE