1  SHARON L. NELSON
   Nevada Bar No. 6433
2  NICHOLAS L. HAMILTON
   Nevada Bar No. 10893
3  NELSON LAW
   8670 W. Cheyenne, Ste 120
4  Las Vegas, Nevada  89129
   Telephone No.: (702) 247-4529
5  Facsimile No.: (702)  737-4529
   Attorneys for Plaintiff
6  Nadia Walker

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

8

9  NADIA WALKER, an individual; CONNIE PERRY, an individual; and LESA GRANT, an individual

   Case No:  2:10-cv-00195-LRH-RJJ

10              Plaintiffs,

    **NOTICE OF WITHDRAWAL OF MOTION (DOCKET # 49)**

11  vs.

12  VENETIAN CASINO RESORT, LLC a Domestic Limited-Liability Company; DOES and ROES 1-100, inclusive

13

14              Defendants.

15      Plaintiff Nadia Walker (hereinafter referred to as "Plaintiff"), by and through her
16  undersigned counsel, hereby withdraws her motion (docket #49), as this filing was made in error.
17      DATED this 28 day of December 2010.

18

19                                          **NELSON LAW**

20

                                            _____/s/ Nicholas L. Hamilton_____
21  IT IS SO ORDERED. #49 IS                SHARON L. NELSON
    WITHDRAWN FROM CONSIDERATION             Nevada Bar No. 6433
22  BY THE COURT.                            NICHOLAS L. HAMILTON
                                             Nevada Bar No. 10893
23  _____           8670 West Cheyenne, Ste. 120
    UNITED STATES MAGISTRATE JUDGE           Las Vegas, NV 89129
24  DATE: DEC 29, 2010                       Attorneys for Plaintiff
                                             Nadia Walker

Page 1 of 1