UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NADIA WALKER, an individual; CONNIE PERRY, an individual; and LESA GRANT, an individual; | 2:10-cv-00195-LRH-RJJ |
| Plaintiffs, | |
| | <u>MINUTE ORDER</u> |
| vs. | |
| VENETIAN CASINO RESORT, LLC, a Domestic Limited-Liability Company; DOES and ROES 1 - 100, inclusive, | January 4, 2011 |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>    NONE APPEARING    </u>

COUNSEL FOR DEFENDANT(S):     <u>    NONE APPEARING    </u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (#45) and Plaintiff's Application for Order Shortening Time (#46) regarding the Motion to Strike.

Good cause appearing, Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (#45) and Plaintiff's Application for Order Shortening Time (#46) are DENIED.  The briefing schedule as regards Defendant's Motion for Summary Judgment (#43) is STAYED pending the completion of further discovery.  Plaintiff shall have fifteen days following the expiration of the new discovery deadline to respond to Defendants' Motion for Summary Judgment.

This matter is hereby referred to Magistrate Judge Johnston to determine the scope of further discovery and set a new discovery deadline.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   <u>    /s/    </u>
Deputy Clerk