UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NADIA WALKER, etc., *et al*., ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-195-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| VENETIAN CASINO RESORT, LLC, ) | O R D E R |
| etc., *et al*., ) | |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiffs' Request for Early Neutral Evaluation (#64).

The court having reviewed the Request (#64) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Request for Early Neutral Evaluation (#64) is **DENIED**.

DATED this  11th  day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge