# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NADIA WALKER, etc., *et al.*, | |
| Plaintiff, | 2:10-0195-LRH-RJJ |
| vs. | |
| VENETIAN CASINO RESORT, LLC., etc., *et al.*, | <u>RECUSAL ORDER</u> |
| Defendant, | |

This matter came before the undersigned Magistrate Judge on May 31, 2011, for an Early Neutral Evaluation hearing.

The Court having reviewed the docket in this case and good cause appearing therefore,

In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter because of substantial knowledge of this case acquired during a settlement conference conducted with the parties.

Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court for reassignment.

DATED this   1st   day of June, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge