**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NADIA WALKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:10-cv-00195-LRH-LRL |
| v. ) | |
| ) | **O R D E R** |
| VENETIAN CASINO RESORT, LLC, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's Motion to Extend Expert Disclosure Deadlines (#82). The court has considered the motion and plaintiffs' Opposition (#84). Defendant did not file a reply. For good cause shown,

IT IS ORDERED that the motion (#82) is granted to this extent:

1. The deadline for designating experts shall be extended to August 26, 2011.

2. The deadline for designating rebuttal experts shall be extended to September 26, 2011.

3. The discovery cutoff date shall be extended to October 28, 2011.

4. The deadline for filing dispositive motions shall be extended to November 28, 2011.

5. The Joint Pretrial Order shall be filed by December 28, 2011.

DATED this 18th day of August, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**