1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9   NADIA WALKER, an individual; DAWN
    DUNCAN, an individual; MELISSA MESH, an
10  individual, and KATHLEEN VINCENT, an
    individual,

11                              Plaintiffs,

12  vs.

13  VENETIAN CASINO RESORT, LLC, a
    domestic limited liability company; DOES and
14  ROES 1-100, inclusive,

15                              Defendants.

16

CASE NO. 2:10-cv-00195-LRH-VCF

**STIPULATION AND ORDER TO SET
SETTLEMENT CONFERENCE AND
EXTEND EXISTING TIMELINES FOR
PLAINTIFFS' COUNSEL'S
APPEARANCE AND FILING OF
PRETRIAL ORDER**

17          Defendant VENETIAN CASINO RESORT, LLC ("Venetian"), by and through its

18  undersigned counsel of record, and Plaintiffs NADIA WALKER, DAWN DUNCAN, MELISSA

19  MESH, and KATHLEEN VINCENT (collectively, "Plaintiffs"), each in proper person, hereby

20  stipulate and agree that before further proceeding toward trial, it is in the parties' best interests to

21  set and attend a settlement conference at the Court's convenience on March 11 and/or 12 and/or

22  13, 2013, and that to accommodate such conference, the date presently set for the appearance of

23  Plaintiffs' counsel be extended to thirty (30) days after the conference, and the date presently set

24  for the filing of the Pretrial Order be extended sixty (60) days after the date of the conference.

25          This concept was discussed with the Magistrate at the most recent status check in this

26  action, given that the opportunity to settle the matter presently exists.

27          Given four (4) Plaintiffs with differing claims for relief, Plaintiffs have respectfully

28  recommended that the assigned Magistrate may wish to contact them for telephonic discussion as

1  to the specific logistics of the settlement conference.  To facilitate such discussion, as noted at

2  the December 19, 2012 status check, Kenneth E. Hogan, Esq. (Nevada Bar No. 10083) has been

3  authorized to represent all Plaintiffs in settlement discussions, and is available at (702) 796-5555.

4  Additionally, the Venetian recommends that the Court consider setting respective dates and

5  times for each individual Plaintiff.

6          Dated this 31 day of January, 2013.

7                                              FOX ROTHSCHILD, LLP

8                                              _Rachel Silverstein_

9                                              DEANNA L. FORBUSH
                                               Nevada Bar No. 6646
10                                             MARK CONNOT
                                               Nevada Bar No. 10010
11                                             RACHEL SILVERSTEIN
                                               Nevada Bar No. 11057
12                                             3800 Howard Hughes Parkway, Suite 500
                                               Las Vegas, Nevada 89169
13                                             Telephone:  (702) 262-6899
                                               *Attorneys for Defendant*
14                                             *Venetian Casino Resort, LLC*

15         Dated this 21th day of January, 2013.

16

17                                             _Nadia Walker_
                                               NADIA WALKER, in proper person
18
           Dated this ____ day of January, 2013.
19

20                                             _____
                                               DAWN DUNCAN, in proper person
21
           Dated this ____ day of January, 2013.
22

23                                             _____
                                               MELISSA MESH, in proper person
24
           Dated this ____ day of January, 2013.
25

26                                             _____
                                               KATHLEEN VINCENT, in proper person
27

28

1  to the specific logistics of the settlement conference.  To facilitate such discussion, as noted at

2  the December 19, 2012 status check, Kenneth E. Hogan, Esq. (Nevada Bar No. 10083) has been

3  authorized to represent all Plaintiffs in settlement discussions, and is available at (702) 796-5555.

4  Additionally, the Venetian recommends that the Court consider setting respective dates and

5  times for each individual Plaintiff.

6         Dated this ___ day of January, 2013.

7                              FOX ROTHSCHILD, LLP

8

9                            DEANNA L. FORBUSH
                          Nevada Bar No. 6646

10                            MARK CONNOT
                          Nevada Bar No. 10010

11                            RACHEL SILVERSTEIN
                          Nevada Bar No. 11057

12                            3800 Howard Hughes Parkway, Suite 500
                          Las Vegas, Nevada 89169

13                            Telephone: (702) 262-6899
                          *Attorneys for Defendant*

14                            *Venetian Casino Resort, LLC*

15

16         Dated this ____ day of January, 2013.

17

18                            NADIA WALKER, in proper person

       Dated this 25 day of January, 2013.

19

20                            DAWN DUNCAN, in proper person

21         Dated this ____ day of January, 2013.

22

23                            MELISSA MESH, in proper person

24         Dated this ____ day of January, 2013.

25

26                            KATHLEEN VINCENT, in proper person

27

28

1    to the specific logistics of the settlement conference.  To facilitate such discussion, as noted at

2    the December 19, 2012 status check, Kenneth E. Hogan, Esq. (Nevada Bar No. 10083) has been

3    authorized to represent all Plaintiffs in settlement discussions, and is available at (702) 796-5555.

4    Additionally, the Venetian recommends that the Court consider setting respective dates and

5    times for each individual Plaintiff.

6         Dated this ___ day of January, 2013.

7                                          FOX ROTHSCHILD, LLP

8

9                                          _____
                                           DEANNA L. FORBUSH
                                           Nevada Bar No. 6646
10                                         MARK CONNOT
                                           Nevada Bar No. 10010
11                                         RACHEL SILVERSTEIN
                                           Nevada Bar No. 11057
12                                         3800 Howard Hughes Parkway, Suite 500
                                           Las Vegas, Nevada 89169
13                                         Telephone:  (702) 262-6899
                                           *Attorneys for Defendant*
14                                         *Venetian Casino Resort, LLC*

15
      Dated this ____ day of January, 2013.
16

17                                         _____
                                           NADIA WALKER, in proper person
18
      Dated this ____ day of January, 2013.
19

20                                         _____
                                           DAWN DUNCAN, in proper person
21
      Dated this 20 day of January, 2013.
22

23                                         _____
                                           MELISSA MESH, in proper person
24
      Dated this ____ day of January, 2013.
25

26
                                           _____
27                                         KATHLEEN VINCENT, in proper person

28

1   to the specific logistics of the settlement conference.  To facilitate such discussion, as noted at

2   the December 19, 2012 status check, Kenneth E. Hogan, Esq. (Nevada Bar No. 10083) has been

3   authorized to represent all Plaintiffs in settlement discussions, and is available at (702) 796-5555.

4   Additionally, the Venetian recommends that the Court consider setting respective dates and

5   times for each individual Plaintiff.

6          Dated this ___ day of January, 2013.

7                               FOX ROTHSCHILD, LLP

8

9                               _____
                                DEANNA L. FORBUSH
                                Nevada Bar No. 6646

10                              MARK CONNOT
                                Nevada Bar No. 10010

11                              RACHEL SILVERSTEIN
                                Nevada Bar No. 11057

12                              3800 Howard Hughes Parkway, Suite 500
                                Las Vegas, Nevada 89169

13                              Telephone:  (702) 262-6899
                                *Attorneys for Defendant*

14                              *Venetian Casino Resort, LLC*

15         Dated this ____ day of January, 2013.

16

17                              _____

18                              NADIA WALKER, in proper person
           Dated this ____ day of January, 2013.

19

20

21                              _____
                                DAWN DUNCAN, in proper person

22         Dated this ____ day of January, 2013.

23

24                              _____
                                MELISSA MESH, in proper person

25         Dated this 25 day of January, 2013.

26                              *Kathleen Vincent*

27                              KATHLEEN VINCENT, in proper person

28

1

## <u>ORDER</u>

2    Upon the foregoing stipulation of the parties, and good cause appearing therefore,

3    IT IS HEREBY ORDERED that this matter is referred for a settlement conference, and

4  an additional order setting the conference will issue once coordinated;

5    IT IS FURTHER ORDERED that the time for Plaintiffs' new counsel of record, if any, to

6  make an appearance in this action is hereby extended to April 11, 2013 or thirty (30) days from

7  the date of the last settlement conference, whichever is later; and

8    IT IS FURTHER ORDERED that the time for the parties to file the Pretrial Order is

9  hereby extended to May 13, 2013 or sixty (60) days from the date of the last settlement

10  conference, whichever is later.

11    IT IS SO ORDERED this 19th day of February, 2013.

12

13

14

15    _____

LARRY R. HICKS

16    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28