# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NADIA WALKER, *et al.*, | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | [Defendant's Motion for Waiver of Appearance (#183)] |
| Defendant. | |

Before the Court is Defendant's Motion for Waiver of Appearance filed on March 19, 2013. (#183).

Defendant requests the waiver of attendance of Defendant's insurance carrier, Robyn Lauber's, at the settlement conference scheduled for March 26, 2013. Ms. Lauber is available by telephone. *Id.* The settlement conference is scheduled on Passover and Ms. Lauber wishes to observe the holiday. *Id.*

**Discussion:**

In light of Passover, the Court finds that there is sufficient reason to excuse Ms. Lauber's presence from the settlement conference scheduled for March 26, 2013. In most circumstances, however, the physical presence of a representative of the insurance carrier at the settlement conference greatly improves the chances of a negotiated resolution. Pursuant to the Order scheduling the Settlement Conference, "If any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim or most recent

demand must also be present for the duration of the settlement conference." (#180). Accordingly, the Court will hold a status conference to set a date for a continued settlement conference.

IT IS HEREBY ORDERED that the settlement conference scheduled for March 26, 2013 is VACATED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., March 26, 2013 in Courtroom 3D.

IT IS FURTHERED ORDERED that Defendant's Motion for Waiver of Appearance (#183) is DENIED as moot.

DATED this 20th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE