**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NADIA WALKER, *et al.,* | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | |
| Defendant. | |

On March 19, 2013, Defendant filed the Motion for Waiver of Appearance (#183). Defendant requests the waiver of attendance of Defendant's insurance carrier, Robyn Lauber, at the settlement conference that was scheduled for March 26, 2013. The settlement conference was scheduled on Passover and Ms. Lauber would like to observe the holiday. *Id.* The Court finds that the physical presence of a representative of the insurance carrier at the settlement conference greatly improves the chances of a negotiated resolution. On March 20, 2013, the Court entered an Order vacating the settlement conference of March 26, 2013 and scheduled a status hearing to discuss a new date for the continued settlement conference. (#185). At 4:00 p.m., March 20, 2013, the Court received a phone call from Defendant's counsel, Deanna L. Forbush, Esq. and Rachel Silverstein, Esq., requesting the Court to keep the settlement conference on for March 26, 2013. Both parties are available on March 26, 2013 and it would be difficult to set another suitable date, given the number of persons involve. Also on the phone was Kenneth Hogan, Esq., counsel for Plaintiffs (authorized to represent all Plaintiffs for the

purpose of settlement discussions only (#179)). He has no objections to keeping the settlement conference date of March 26, 2013.

In the interest of facilitating the settlement conference,

Accordingly,

IT IS HEREBY ORDERED that Order #185 is VACATED. The settlement conference will remain scheduled for March 26, 2013 at 10:00 a.m. and there will not be a status hearing.

IT IS FURTHER ORDERED that Defendant's Motion for Waiver of Appearance (#183) is GRANTED. Ms. Robyn Lauber, Defendant's insurance carrier, may appear telephonically at the settlement conference.

DATED this 21th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE