# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NADIA WALKER, *et al.*, | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | [Order For Adjudication of Lien for Attorney's Fees and Costs (#175)] |
| Defendant. | |

On November 30, 2012, the court granted Sharon Nelson's and Nelson Law's Motion to Withdraw as Attorney for plaintiffs (#171). On January 7, 2013, the law firm of Nelson Law filed a Notice of Lien for Attorney's Fees and Costs (#175). On February 19, 2013, the Honorable Larry R. Hicks referred this case for a settlement conference (#179). The parties are in the process of settling this case pursuant to that reference (#'s 180, 187, 188, 189, 190, 191).

The court finds that adjudication of Nelson Law's lien will increase the possibility of settlement of one or more of the plaintiff's claims.

Accordingly,

IT IS HEREBY ORDERED THAT, on or before May 29, 2013, Nelson Law shall file with the court proof of the amount and validity of its lien.

IT IS FURTHER ORDERED THAT, on or before June 5, 2013, plaintiffs and or defendants may file responses the Nelson Law's proof of the amount and validity of its lien.

DATED this 15th day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE