# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NADIA WALKER, *et al.,* | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | [Unopposed Motion to Continue Opposition and Hearing Date on Motion to Strike Notice of Lien for Attorney's Fees and Costs (#205)] |
| VENETIAN CASINO RESORT, LLC, | |
| Defendant. | |

Before the Court is Sharon Nelson's Unopposed Motion to Continue Opposition and Hearing Date on Motion to Strike Notice of Lien for Attorney's Fees and Costs.  (#205).

Ms. Nelson requests extension of the opposition date and continuance of the hearing.

IT IS HEREBY ORDERED that Sharon Nelson's Unopposed Motion to Continue Opposition and Hearing Date on Motion to Strike Notice of Lien for Attorney's Fees and Costs (#205) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Motion to Strike Notice of Lien for Attorney's Fees and Costs (#197) is continued to 10:00 a.m., August 22, 2013, in Courtroom 3D.

IT IS FURTHER ORDERED that the Opposition to the Motion to Strike Notice of Lien for Attorney's Fees and Costs is due on or before August 8, 2013.  The Reply in Support of the Motion to Strike Notice of Lien for Attorney's Fees and Costs is due on or before August 15, 2013.

DATED this 15th day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE