# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NADIA WALKER, *et al.*, | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | |
| Defendant. | |

Before the Court is *Nadia Walker, et al., v. Venetian Casino Resort, LLC*, case no. 2:10-cv-00195-LRH-VCF.

**Relevant Background:**

On January 7, 2013, Sharon Nelson, Esq. filed a Notice of Lien for Attorney's Fees and Costs (#175). On June 20, 2013, Plaintiff Nadia Walker filed a Motion to Strike Notice of Lien for Attorney's Fees and Costs (#197). *Pro per* Plaintiffs, Dawn Duncan, Kathleen Vincent, and Melissa Mesh filed their Joinders to the Motion to Strike Notice of Lien for Attorney's Fees and Costs on June 25, 2013. (#'s 200, 201, and 202). On August, 15, 2013, Defendant Venetian Casino Resort, LLC (hereafter "Venetian") filed a Motion for Continuance of Trial, seeking to continue trial for an additional 120 days to allow the parties to pursue and conclude the settlement process. (#215). On August 22, 2013, Defendant Venetian filed a Stipulation and Order to Set Expedited Briefing Schedule on Defendant's Motion to Continue Trial. (#219). The Stipulation states that Defendant's Motion to Continue Trial is unopposed and "[t]hat Defendant's Motion to Continue Trial is being made at the unanimous request of all (3) of the remaining *pro per* Plaintiffs, Dawn Duncan, Melissa Mesh, and Kathleen Vincent, in order

to accommodate the upcoming Settlement Conference Schedule.[1]" *Id.* The stipulation seeks a minimum of a sixty (60) day continuance of the trial and an extension on the due date for the filing of the Parties' Joint Pretrial Order, presently set for August 30, 2013. *Id.*

On August 22, 2013, the Court held a hearing on Plaintiff Nadia Walker's Motion to Strike Notice of Lien for Attorney's Fees and Costs (#197). Present were *pro per* Plaintiffs Dawn Duncan, Kathleen Vincent and Melissa Mesh. Molly Rezac, Esq. appeared on behalf of Plaintiff Nadia Walker and Sharon Nelson, Esq. was also present. The Court heard representations from the parties.

**Discussion:**

In light of the upcoming scheduled settlement conference scheduled for September 19, 2013 and September 20, 2013, the deadline to submit the Joint Pretrial Order is extended to December 20, 2013. Trial date will be determined after the submission of the Joint Pretrial Order.

Plaintiff Nadia Walker's Motion to Strike Notice of Lien for Attorney's Fees and Costs (#197) stands submitted and will be revisited after the upcoming settlement conference.

Accordingly,

IT IS HEREBY ORDERED that the Joint Pretrial Order is due on or before December 20, 2013.

IT IS FURTHER ORDERED that Defendant's Motion for Continuance of Trial (#215) is GRANTED.

DATED this 26th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the Stipulation (#219) is signed only by Defendant Venetian and Plaintiff Dawn Duncan.