# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NADIA WALKER, *et al.,* | 2:10-cv-00195-LRH-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | |
| Defendant. | |

Before the Court is Plaintiff Dawn Duncan, Melissa Mesh and Kathleen Vincent's (hereafter "Plaintiffs") Emergency Motion to Continue Settlement Conference for Plaintiff Melissa Mesh. (#225). Plaintiffs' counsel, Robert Spretnak, has a scheduling conflict on the morning of September 19, 2013. Plaintiffs seek to reschedule the deposition of Ms. Mesh.

The Court held an in chambers telephonic status conference at 2:00 p.m., September 18, 2013. The Court heard representations from both counsel,

Accordingly,

IT IS HEREBY ORDERED that the Emergency Motion to Continue Settlement Conference for Plaintiff Melissa Mesh (#225) is GRANTED and the settlement conference schedule is amended as follow:

1. The settlement conference between the Venetian Casino Resort, LLC and Kathleen Vincent is scheduled for 1:00 p.m., September 19, 2013.

2. The settlement conference between the Venetian Casino Resort, LLC and Melissa Mesh is scheduled for 8:30 a.m., September 20, 2013.

3. The settlement conference between the Venetian Casino Resort, LLC and Dawn Duncan is scheduled for 11:00 a.m., September 20, 2013.

DATED this 18th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE