UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

NADIA WALKER; *et al.*,

      Plaintiffs,

v.

VENETIAN CASINO RESORT, LLC,

      Defendant.

2:10-cv-00195-LRH-VCF

O R D E R

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge Vincent "Cam" Ferenbach (#232[1]) entered on October 31, 2013, recommending denying in part and granting in part Plaintiff Nadia Walker's Motion to Strike Notice of Lien for Attorney's Fees and Costs (Doc. 175) (#197) filed on June 20, 2013. Joinders were filed by Plaintiffs Dawn Duncan (#200), Kathleen Vincent (#201) and Melissa Mesh (#202). No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#232) entered on October 31, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#232) entered on October 31, 2013, is adopted and accepted, and Plaintiff Nadia Walker's Motion to Strike Notice of Lien for Attorney's Fees and Costs (Doc. 175) (#197) is **DENIED in part and GRANTED in part** as follows:

IT IS FURTHER ORDERED that a lien of sixteen thousand seven hundred twenty-eight dollars and twelve cents ($16,728.12) in fees and two hundred seventy-one dollars and eighty-eight cents ($271.88) in costs, for a total amount of seventeen thousand dollars ($17,000.00) is imposed on Plaintiffs' claims, demands or causes of action in this case in favor of Nelson Law, allocated among the claims, demands or causes of action of each Plaintiff as follows:

1. Nadia Walker:        $14,500.00
2. Kathleen Vincent:        500.00
3. Melissa Mesh:          1,000.00
4. Dawn Duncan:          1,000.00

TOTAL                $17,000.00

IT IS FURTHER ORDERED that, to the extent that Nelson Law claims a lien upon claims, demands or causes of action in this case in excess of $17,000.00, that the amount in excess of $17,000.00 is STRICKEN.

IT IS FURTHER ORDERED that, to the extent that Nelson Law asserts liens against individual plaintiff's claims, demands or causes of action in this case in excess of the amounts set forth above (lines 10 -14), those excess amounts are STRICKEN.

IT IS SO ORDERED.

DATED this 5th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE