1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT

12 DISTRICT OF NEVADA

13 NADIA WALKER, an individual;
KATHLEEN VINCENT, an individual; Case No.: 2:10-cv-00195-LRH-VCF
14 DAWN DUNCAN, an individual; and
MELISSA MESH, an individual,
15
Plaintiffs,
16
vs.
17 **STIPULATION AND ORDER**
VENETIAN CASINO RESORT, LLC, **TO DISMISS CLAIMS PLED BY**
18 **PLAINTIFF DAWN DUNCAN**
Defendant.
19

20

21    Plaintiff DAWN DUNCAN, by and through her attorney of record, Robert P. Spretnak of the

22 Law Offices of Robert P. Spretnak, and Defendant VENETIAN CASINO RESORT, LLC, by and

23 through its attorney of record, Deanna L. Forbush of Haygood Cleveland Pierce & Thompson, LLP,

24 stipulate as follows:

25    1.    The claims pled by Plaintiff DAWN DUNCAN as stated in the Complaint and First

26 Amended Complaint are DISMISSED WITHOUT PREJUDICE.

27    2.    Each of the above parties shall bear her or its own attorney's fees and costs.

28    3.    This stipulation does not affect, or does not apply, in any way, to the claims pled by

either Plaintiff Nadia Walker, Plaintiff Kathleen Vincent, or Plaintiff Melissa Mesh. The claims pled by all other plaintiffs in this matter already were dismissed with prejudice by this Court and, therefore, there are no claims in the matter remaining to be adjudicated.

DATED: February 26, 2014.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiffs Dawn Duncan and Melissa Mesh

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: February 26, 2014.

HAYGOOD CLEVELAND PIERCE & THOMPSON, LLP

By: /s/ Deanna L. Forbush
    Deanna L. Forbush, Esq.

Attorneys for Defendant

500 S. Rancho Drive, Suite 17
Las Vegas, Nevada 89106

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE