1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

DISTRICT OF NEVADA

13

NADIA WALKER, an individual;
KATHLEEN VINCENT, an individual;          Case No.: 2:10-cv-00195-LRH-VCF

14

DAWN DUNCAN, an individual;  and
MELISSA MESH, an individual,

15

Plaintiffs,

16

vs.

17

VENETIAN CASINO RESORT, LLC,

18

Defendant.

19

**STIPULATION AND ORDER
TO DISMISS CLAIMS PLED BY
PLAINTIFF DAWN DUNCAN**

20

21      Plaintiff DAWN DUNCAN, by and through her attorney of record, Robert P. Spretnak of the

22  Law Offices of Robert P. Spretnak, and Defendant VENETIAN CASINO RESORT, LLC, by and

23  through its attorney of record, Deanna L. Forbush of Haygood Cleveland Pierce & Thompson, LLP,

24  stipulate as follows:

25      1.      The claims pled by Plaintiff DAWN DUNCAN as stated in the Complaint and First

26  Amended Complaint are DISMISSED WITHOUT PREJUDICE.

27      2.      Each of the above parties shall bear her or its own attorney's fees and costs.

28      3.      This stipulation does not affect, or does not apply, in any way, to the claims pled by

1   either Plaintiff Nadia Walker, Plaintiff Kathleen Vincent, or Plaintiff Melissa Mesh.  The claims pled

2   by all other plaintiffs in this matter already were dismissed with prejudice by this Court and,

3   therefore, there are no claims in the matter remaining to be adjudicated.

4

5   DATED: February 26, 2014.                    DATED: February 26, 2014.

6   LAW OFFICES OF ROBERT P. SPRETNAK        HAYGOOD CLEVELAND PIERCE &
                                             THOMPSON, LLP
7   By: /s/ Robert P. Spretnak
       Robert P. Spretnak, Esq.              By: /s/ Deanna L. Forbush
8                                               Deanna L. Forbush, Esq.
    Attorney for Plaintiffs Dawn Duncan and
9   Melissa Mesh                             Attorneys for Defendant

10  8275 S. Eastern Avenue, Suite 200        500 S. Rancho Drive, Suite 17
    Las Vegas, Nevada 89123                  Las Vegas, Nevada 89106
11

12

13                              **ORDER**

14       IT IS SO ORDERED.

15       DATED this 27th day of February, 2014.

16

17   _____
     LARRY R. HICKS
18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28